UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLIDAY PARK DRIVE, LLC, <br><br> *Plaintiff,* <br><br> -against- <br><br> NEWIST CORP. *doing business as* Bagel Toastery and Bagel Toasterie, ERDNIC "EDDIE" KAYI, and HATICE "JAY" ASLANTAS, <br><br> *Defendants*. | Docket No. 23-cv-2623 (AMD) (JMW) <br><br><br> **PLAINTIFF'S NOTICE OF MOTION FOR CIVIL CONTEMPT SANCTIONS AGAINST DEFENDANTS** |

**TO:**

| Hatice "Jay" Aslantas | Erdnic "Eddie" Kayi | Newist Corp. d/b/a Bagel |
| Erdnic "Eddie" Kayi | Newist Corp. d/b/a Bagel | Toastery and Bagel Toasterie |
| 343 Greenbelt Pkwy | Toastery and Bagel Toasterie | 2020 Jericho Turnpike |
| Holtsville, NY 11742-2208 | 42 South Avenue | Commack, NY 11725 |
| | Smithtown, NY 11787 | |

**PLEASE TAKE NOTICE** that Plaintiff Holiday Park Drive, LLC, by and through counsel, hereby moves this Court for sanctions against all of the above-captioned Defendants for civil contempt;

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's Motion is made and based upon its Memorandum of Law, and Declaration with Exhibits filed in connection with this Motion; and

**PLEASE TAKE FURTHER NOTICE** that at the time and place aforesaid, Judgment Debtor will request that the proposed form of Order submitted herewith be entered by the Court.

Dated:  August 19, 2024               */s/ Paul Salvatoriello*

                        SANTOMASSIMO DAVIS LLP
                        1 Gatehall Drive, Suite 100
                        Parsippany, NJ 07054
                        (201) 712-1616
                        *Attorneys for Plaintiff Holiday Park Drive*