UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLIDAY PARK DRIVE, LLC,<br><br>*Plaintiff*,<br><br>-against-<br><br>NEWIST CORP. *doing business as* Bagel Toastery and Bagel Toasterie, ERDNIC "EDDIE" KAYI, and HATICE "JAY" ASLANTAS,<br><br>*Defendants*. | Docket No. 23-cv-2623 (AMD) (JMW)<br><br><br><br>**DECLARATION OF<br>PAUL SALVATORIELLO, ESQ.** |

PAUL SALVATORIELLO, ESQ., of full age, duly certifies as follows:

1. I am an attorney from the law firm of Santomassimo Davis LLP, admitted to practice before this Court. I am a counsel for Plaintiff Holiday Park Drive, LLC ("Plaintiff"), and I make this Declaration in support of Plaintiff's Motion for Civil Contempt Against Defendants.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiff's counsel's Declaration of Service of the Order for Permanent Injunction on Defendants, dated April 24, 2024.

3. Attached as **Exhibit B** is a true and correct copy of the green Return Receipt Cards for the service of the Order for Permanent Injunction on the three Defendants.

4. Attached as **Exhibit C** is a true and correct copy of the Certified Mail Receipts and the payment receipt for the service of the Order for Permanent Injunction on the three Defendants, all dated April 24, 2024.

5. Attached as **Exhibit D** is a true and correct copy of a picture of the front of "Bagel Toasterie" in Commack, NY, and taken on July 20, 2024.

6. Attached as **Exhibit E** is a true and correct copy of screen shots of "Bagel Toasterie's" website, https://www.bageltoasterie.com/, with the screen shots taken on August 15, 2024.

I hereby certify that the foregoing statements made by me are true and am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  August 19, 2024                              */s/ Paul Salvatoriello*