# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLIDAY PARK DRIVE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEWIST CORP d/b/a BAGEL TOASTERY and BAGEL TOASTERIE, ERDNIC "EDDIE" KAYI and HATICE "JAY" ASLANTAS,<br><br>    Defendants. | Civil Action No. 2:23-CV-02623-AMD-JMW<br><br>**DECLARATION OF SERVICE** |

I, RYAN J. COOPER, hereby certify as follows:

1. On April 24, 2024, I served a true and correct copy of the following documents:

   - Order for Permanent Injunction, with Exhibit A [ECF No. 25];

   - Plaintiff's Motion for Attorneys Fees and Costs;

   - Plaintiff's Memorandum in Support;

   - Declaration of Jason M. Sneed, with exhibits;

   - Declaration of Ryan J. Cooper, with exhibits; and

   - this Certificate of Service;

upon the following via First-Class Mail & Certified Mail, Return Receipt Requested, by depositing the same postage-paid in the U.S. Mail:

Hatice "Jay" Aslantas
Erdnic "Eddie" Kayi
343 Greenbelt Pkwy
Holtsville, NY 11742-2208

Erdnic "Eddie" Kayi
Newist Corp. d/b/a Bagel Toastery and

1

Bagel Toasterie
42 South Avenue
Smithtown, NY 11787

Newist Corp. d/b/a Bagel Toastery and
Bagel Toasterie
2020 Jericho Turnpike
Commack, NY 11725

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 24, 2024          /s/Ryan J. Cooper
                                                          Ryan J. Cooper, Esq.