# EXHIBIT B

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Erdnic Kayi / NewistCorp.
   42 Joath Avenue
   Smithtown, NY 11787

   9590 9402 7959 2305 7877 41

2. Article Number (Transfer from service label)

   9589 0710 5270 1020 9171 39

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Erdme K.         ☐ Agent
                      ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   Erdne Kayi                    05/13/24
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hatice Aslanes
   Erdnic Kayi
   343 Greenbelt Pkwy
   Holtsville, NY 11742

   9590 9402 7959 2305 7877 65

2. Article Number (Transfer f...)

   9589 0710 5270 1020 9171 15

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                        ☐ Agent
                            ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**ER: COMPLETE THIS SECTION**
- plete items 1, 2, and 3.
- your name and address on the reverse that we can return the card to you.
- ch this card to the back of the mailpiece, n the front if space permits.

cle Addressed to:

   wist Corp. dba
   Bagel Toasterie
   520 Jericho Turnpike
   Commack NY 11725

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                        ☑ Agent
                            ☑ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   Roy Ditrice                   4/26
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery