# EXHIBIT C

```
         UNITED STATES
         POSTAL SERVICE.

               CRANFORD
               3 MILN ST
         CRANFORD, NJ 07016-9998
              (800)275-8777
04/24/2024                       03:27 PM
------------------------------------------
Product              Qty    Unit      Price
                            Price
------------------------------------------
PM Express 1-Day      1              $30.45
Flat Rate Env
    New Brunswick, NJ 08901
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
       Thu 04/25/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI621653287US
    Insurance                         $0.00
       Up to $100.00 included
Total                               $30.45

First-Class Mail®     1               $3.55
Large Envelope
    Holtsville, NY 11742
    Weight: 0 lb 9.30 oz
    Estimated Delivery Date
       Fri 04/26/2024

First-Class Mail®     1               $3.55
Large Envelope
    Commack, NY 11725
    Weight: 0 lb 9.10 oz
    Estimated Delivery Date
       Fri 04/26/2024

First-Class Mail®     1               $3.55
Large Envelope
    Smithtown, NY 11787
    Weight: 0 lb 9.10 oz
    Estimated Delivery Date
       Fri 04/26/2024

First-Class Mail®     1               $3.79
Large Envelope
    Commack, NY 11725
    Weight: 0 lb 10.20 oz
    Estimated Delivery Date
       Fri 04/26/2024
    Certified Mail®                   $4.40
       Tracking #:
          9589 0710 5270 1020 9171 22
    Return Receipt                    $3.65
       Tracking #:
          9590 9402 7959 2305 7877 58
Total                               $11.84

First-Class Mail®     1               $3.55
Large Envelope
    Holtsville, NY 11742
    Weight: 0 lb 9.30 oz
    Estimated Delivery Date
       Fri 04/26/2024
    Certified Mail®                   $4.40
       Tracking #:
          9589 0710 5270 1020 9171 15
    Return Receipt                    $3.65
       Tracking #:
          9590 9402 7959 2305 7877 65
Total                               $11.60

First-Class Mail®     1               $3.55
Large Envelope
    Smithtown, NY 11787
    Weight: 0 lb 9.30 oz
    Estimated Delivery Date
       Fri 04/26/2024
    Certified Mail®                   $4.40
       Tracking #:
          9589 0710 5270 1020 9171 39
    Return Receipt                    $3.65
       Tracking #:
          9590 9402 7959 2305 7877 41
Total                               $11.60
------------------------------------------
Grand Total:                        $76.14
------------------------------------------
Credit Card Remit                   $76.14
    Card Name: AMEX
    Account #: XXXXXXXXXXX2089
    Approval #: 802194
    Transaction #: 046
    AID: A0000000025011001 Contactless
    AL: AMERICAN EXPRESS
    PIN: Verified
------------------------------------------
```

**Certified Mail Receipt 1** (9589 0710 5270 1020 9171 39)
- Sent To: Smithtown, NY 11787 — Erdnic Kayi / Newiss
- Certified Mail Fee: $4.40
- Postage: $3.55
- Total Postage and Fees: $11.60
- Date: 04/24/2024

**Certified Mail Receipt 2** (9589 0710 5270 1020 9171 15)
- Sent To: Holtsville, NY 11742 — Marice Aslares / Erdnickay.
- Certified Mail Fee: $4.40
- Postage: $3.55
- Total Postage and Fees: $11.60
- Date: 04/24/2024

**Certified Mail Receipt 3** (9589 0710 5270 1020 9171 22)
- Sent To: Commack, NY 11725 — Bagel Toasrore
- Certified Mail Fee: $4.40
- Postage: $3.79
- Total Postage and Fees: $11.84
- Date: 04/24/2024