# EXHIBIT E











| MOST POPULAR | BREAKFAST | BAGELS | SIDES | HOT BEVERAGES OR ICED COLD ... | MORE |

*Items*

| | |
|---|---|
| **\*MY COOKIE DEALER\*** <br>$5.49 - $6.49 | **OAT MEAL**<br>$4.99 |
| **TUSCAN HALF & HALF ONE QUART**<br>$3.99 | **TUSCAN WHOLE MILK 1/2 GALLON**<br>$3.79 |
| **BOAR`S HEAD GREEK YOGURT DIPS**<br>$4.99 | **BOAR`S HEAD UNCURED**<br>$6.99 |
| **BOAR`S HEAD PICKLE**<br>$5.99 | **NUT HARVEST NUT SNACKS**<br>$2.99 |
| **CEREAL IN A CUP**<br>Cereal in a Cup is a delicious and convenient breakfast option. Each cup contains 2.1oz of cris...<br>$2.75 | |

