UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLIDAY PARK DRIVE, LLC, <br><br>   *Plaintiff*, <br><br> -against- <br><br> NEWIST CORP. *doing business as* Bagel Toastery and Bagel Toasterie, ERDNIC "EDDIE" KAYI, and HATICE "JAY" ASLANTAS, <br><br>   *Defendants*. | Docket No. 23-cv-2623 (AMD) (JMW) <br><br> **PROPOSED ORDER** |

**THIS MATTER** having been opened to the Court initially by way of the Plaintiff's Notice of Motion to Hold Defendants in Civil Contempt for violating this Court's Permanent Injunction Order entered on April 22, 2024 (the "PI Order"); and the Court having considered all documents submitted in connection therewith, the legal arguments presented therein, and/or any replies with respect thereto; and good cause having been shown;

**IT IS** on this _____ day of _____, 2024

**ORDERED** that Plaintiff's Motion is hereby **GRANTED**;

**AND IT IS FURTHER ORDERED** that Defendants shall:

- Pay sanctions to Plaintiff of $1000.00 per day for every day, from the date of this Order, that Defendants operate their business using the infringing trademarks of "Bagel Toastery" or "Bagel Toasterie;"

- Pay sanctions to Plaintiff in the amount equal to any and all profits that Defendants earn from the sale of food products under the infringing trademarks of "Bagel Toastery" or "Bagel Toasterie, from the date of this Order;

- Pay Plaintiff's attorney fees and costs related to this Motion; and

- Individually and on behalf of their company, prepare, sign and file a sworn certification that they have fully complied with the PI order and have not violated any terms of it.

**AND IT IS FURTHER ORDERED** that a true copy of this Order shall be served upon all relevant parties within seven days of the date hereof.

_____
                                        Hon. Ann Donnelly    U.S.D.J.

____    Opposed

____    Unopposed