UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLIDAY PARK DRIVE, LLC, <br><br> *Plaintiff,* <br><br> -against- <br><br> NEWIST CORP. *doing business as* Bagel Toastery and Bagel Toasterie, ERDNIC "EDDIE" KAYI, and HATICE "JAY" ASLANTAS, <br><br> *Defendants*. | Docket No. 23-cv-2623 (AMD) (JMW) <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on August 19, 2024, I caused the within Motion for Civil Contempt to be served on the Court via the ECF system. I also certify that on the same day I caused the within Motion to be served upon the following Defendants via Certified Mail, return receipt requested:

| | | |
|---|---|---|
| Hatice "Jay" Aslantas <br> Erdnic "Eddie" Kayi <br> 343 Greenbelt Pkwy <br> Holtsville, NY 11742-2208 | Erdnic "Eddie" Kayi <br> Newist Corp. d/b/a Bagel Toastery and Bagel Toasterie <br> 42 South Avenue <br> Smithtown, NY 11787 | Newist Corp. d/b/a Bagel Toastery and Bagel Toasterie <br> 2020 Jericho Turnpike <br> Commack, NY 11725 |

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Paul Salvatoriello

SANTOMASSIMO DAVIS LLP
1 Gatehall Drive, Suite 100
Parsippany, NJ 07054
(201) 712-1616
*Attorneys for Plaintiff*
*Holiday Park Drive, LLC*

{00621432 - 1}